FILED

2013 Apr-16  PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES JUDICIAL PANEL
on
### MULTIDISTRICT LITIGATION

### IN RE: BLUE CROSS BLUE SHIELD
### ANTITRUST LITIGATION                                    MDL No. 2406

#### (SEE ATTACHED SCHEDULE)

#### CONDITIONAL TRANSFER ORDER (CTO −10)

On December 12, 2012, the Panel transferred 2 civil action(s) to the United States District Court for
the Northern District of Alabama for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. §1407. *See* _____F.Supp.2d_____ (J.P.M.L. 2012). Since that time, 21 additional action(s)
have been transferred to the Northern District of Alabama. With the consent of that court, all such
actions have been assigned to the Honorable R. David Proctor.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Alabama and assigned to
Judge Proctor.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Northern District of Alabama for the reasons stated in the order of December 12, 2012, and, with the
consent of that court, assigned to the Honorable R. David Proctor.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Alabama. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 16, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY: _____
DEPUTY CLERK

**IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION**

MDL No. 2406

## SCHEDULE CTO–10 – TAG–ALONG ACTIONS

| **DIST** | **DIV,** | **C.A.NO,** | **CASE CAPTION** |
|---|---|---|---|

ARKANSAS EASTERN

| ARE | 4 | 13–00165 | Mills v. USAble Mutual Insurance Company |

MISSOURI EASTERN

| MOE | 4 | 13–00545 | Garner v. Blue Cross and Blue Shield Association et al |

TENNESSEE EASTERN

| TNE | 3 | 13–00144 | Scott v. Blue Cross and Blue Shield of Tennessee, Inc |

TENNESSEE WESTERN

| TNW | 2 | 13–02181 | Danny Curlin v. Blue Cross Blue Shield of Tennessee, Inc. et al |

FILED

2013 Apr-16  PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION**                                      MDL No. 2406

## SCHEDULE CTO-10 – TAG–ALONG ACTIONS

**DIST     DIV.     C.A.NO.     CASE CAPTION**

ARKANSAS EASTERN                    CV-13-P-0717-S   NDAL#

  ARE        4        13−00165     Mills v. USAble Mutual Insurance Company

MISSOURI EASTERN                    CV-13-P-0718-S   NDAL#

  MOE        4        13−00545     Garner v. Blue Cross and Blue Shield Association et al

TENNESSEE EASTERN                   CV-13-P-0719-S   NDAL #

  TNE        3        13−00144     Scott v. Blue Cross and Blue Shield of Tennessee, Inc

TENNESSEE WESTERN                   CV-13-P-0720-S   NDAL#

  TNW        2        13−02181     Danny Curlin v. Blue Cross Blue Shield of Tennessee,
                                          Inc. et al